

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kanchana Karunaratne, an individual;<br>Carla Karunaratne, an individual,<br><br>                                        **Plaintiff,**<br>V.<br><br>US Bank National Association; Ocwen<br>Loan Servicing, LLC; Mortgage<br>Electronic Registration Systems, Inc.;<br>Western Progressive, LLC; Does 1-10,<br>                                        **Defendant.** | Civil Action No.   16CV0843-JLS(KSC)<br><br><br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

that judgment is entered for Defendants against both Kanchana Karunaratne and Carla Karunaratne. However, such entry of judgment in no way affects Plaintiffs' ability to later bring any cause of action at issue in this litigation if the relevant property is nonjudicially foreclosed upon.

**Date:**        11/30/16

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/  K. Martin-Brown
                              K. Martin-Brown, Deputy